IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GORDON JACKSON, :
   Petitioner :
: No. 1:19-cv-2157
v. :
: (Judge Kane)
WARDEN OF FACILITY :
USP-ALLENWOOD, :
   Respondent :

## ORDER

**AND NOW**, on this 29th day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. No. 5) is **DENIED AS MOOT**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                      s/ Yvette Kane
                                      Yvette Kane, District Judge
                                      United States District Court
                                      Middle District of Pennsylvania